No. 90–7821. RODGERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–7823. SMITH v. UNITED STATES; DAVIS v. UNITED STATES; SMITH v. UNITED STATES; JON v. UNITED STATES; COKE v. UNITED STATES; and HOWELL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–7824. SMITH v. MCKASKLE ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–7835. MCGARRY v. INTERNAL REVENUE SERVICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 90–7839. BUELOW v. BAKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 90–7840. DEMOS v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 90–7841. DEMOS v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 90–7854. BRADLEY v. MEACHUM, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTIONS. C. A. 2d Cir. Certiorari denied.

No. 90–7881. KUNS v. OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 90–7887. WILLIAMS v. CITY OF ATLANTA, GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 90–7891. SCHMIDT v. CUTLER ET AL. Dist. Ct. Salt Lake County, Utah. Certiorari denied.

No. 90–7927. SCHMIDT v. UTAH ET AL. C. A. 3d Cir. Certiorari denied.

No. 90–7938. THOMPSON v. WIGGINTON ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–7944. PLETTEN v. MARSH, SECRETARY OF THE ARMY, ET AL. C. A. 6th Cir. Certiorari denied.